(August 31, 1961)

In the Matter of the Claim of ORAZIO PERROTTA, Respondent, v. LUIGI SETTE & DESTEPHANO COMPANY et al., Appellants, and EXCEL CONTRACTING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.